PER CURIAM:
The court having been polled and a majority of the judges who are in regular *353 active service and not disqualified not having voted in favor (FED.R.App. P. and 5TH Cir. R. 35), the Rehearing En Banc is DENIED.
Voting for en banc rehearing were: Judge James L. Dennis, Judge Leslie H. Southwick, Judge James E. Graves, and Judge Stephen A. Higginson. Voting against en banc rehearing were: Chief Judge Edith H. Jones, Judge Carolyn D. King; Judge E. Grady Jolly, Judge W. Eugene Davis, Judge Jerry E. Smith, Judge Carl E. Stewart, Judge Edith B. Clement, Judge Edward C. Prado, Judge Priscilla R. Owen, Judge Jennifer W. Elrod, Judge Catharina Haynes.
Upon the filing of this order, the clerk shall issue the mandate forthwith. See FED. R.App. P. 41(b).